STATE EX REL. KIRKWOOD *v.* STATE OF INDIANA.

[No. 0-566.   Filed June 17, 1959.]

*Paul Nels Kirkwood, pro se.*

PER CURIAM—Petitioner has filed in this Court, under the above title of the cause, a paper he calls Application or Petition for Appeal of Dismissal of Motion to Set Aside and Vacate Judgment.

The rules of the Court provide for the initiating of an appeal by the filing in the office of the clerk of the court below a praecipe designating what is to be embraced in the transcript. Rule 2-3. There is no provision made for the filing in this court of Application for Appeal, and as such pleading present nothing to us for determination, the application and petition are dismissed.

NOTE.—Reported in 159 N. E. 2d 121.

DYE *v.* JUDGE OF WABASH CIRCUIT COURT

[No. 0-571.   Filed June 22, 1959.]

*Lawney Dye, pro se.*

PER CURIAM—We have before us petition for writ of mandamus seeking an alternative writ of mandamus directed to the respondent court. The petition fails to set out or make exhibits thereto certified copies of all pleadings, orders, and entries pertaining to the subject matter as required by rule 2-35, and it is therefore fatally defective.

Petition denied.

NOTE.—Reported in 159 N. E. 2d 392.